```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     FEB 1 2 2019

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Fernando Ralph Chee,<br><br>　　　　　　　Defendant. | CR-19-08030-PCT-JJT (DMF)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 113(a)(3)<br>　　　(CIR-Assault with a Dangerous<br>　　　Weapon)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(6)<br>　　　(CIR-Assault Resulting in Serious<br>　　　Bodily Injury)<br>　　　Count 2 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### COUNT ONE

On or about February 26, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant FERNANDO RALPH CHEE, an Indian, did intentionally and knowingly assault the victim, T.A., with a dangerous weapon, that is, a metal pipe, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

### COUNT TWO

On or about February 26, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant FERNANDO RALPH CHEE, an Indian, did intentionally, knowingly, and recklessly assault the victim, T.A., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: February 12, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
WILLIAM G. VOIT
Assistant U.S. Attorney